IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOHN PARKER, et al. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:13-CV-272-Y |
| | § | |
| DEUTSCHE BANK NATIONAL TRUST | § | |
| CO., et al. | § | |

ORDER ADOPTING FINDINGS, CONCLUSIONS,
AND RECOMMENDATION OF THE MAGISTRATE JUDGE AND
DENYING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

On April 8, 2013, the magistrate judge entered his Findings, Conclusions, and Recommendation ("FCR") (doc. 6).  In his FCR, the magistrate judge found that Plaintiffs had sufficient monthly resources available to pay the filing fee in this case.  Based on this finding, the magistrate judge recommended that Plaintiffs' Application to Proceed in District Court Without Prepaying Fees or Costs (doc. 2) be denied.  The magistrate judge further recommended that Plaintiffs be informed that their Complaint (doc. 1) will be subject to dismissal without further notice under Federal Rule of Civil Procedure 41(b) unless they timely pay the full filing fee of $350.00.  Plaintiffs were given until April 29, 2013, to file objections to the magistrate judge's FCR, but they filed none.

After review, the Court ADOPTS the magistrate judge's FCR (doc. 6) as the findings and conclusions of this Court for the reasons stated therein.  Plaintiffs' motion for leave to proceed in forma pauperis (doc. 2) is DENIED.  Plaintiffs shall have until **May 21, 2013**, to pay to the clerk of Court the full filing fee of

$350.00.   Failure  to  do  so  will  result  in  the  dismissal  of

Plaintiffs'  complaint,  without  prejudice  but  without  further

notice.

SIGNED May 13, 2013.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE